## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM CRAWFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 22-00302-KD-M |
| | ) |
| **JEFFERSON CAPITAL SYSTEMS LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Notice of Settlement filed Plaintiff William Crawford (doc. 13). Plaintiff reports that the parties have reached a settlement and intend to file a stipulation of dismissal with prejudice no later than January 23, 2023.

Upon consideration, this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 29th day of November 2022.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE