# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM CRAWFORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 22-00302-KD-M |
| | ) |
| **JEFFERSON CAPITAL SYSTEMS LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This action is before the Court on the joint stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed by Plaintiff William Crawford and Defendant Jefferson Capital Systems LLC (doc. 16). The stipulation is signed by all parties who have appeared in this action. Upon consideration of the stipulation, this action is DISSMISSED with prejudice.[1]

Pursuant to the stipulation, each party shall bear their own costs and fees.

DONE and ORDERED this 13th day of December 2022.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court previously dismissed this action with prejudice subject to the right of either party to reinstate the action within sixty (60) days of the date of this order (doc. 15). The joint stipulation terminates the right of either party to reinstate the action.